UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATARIANO,<br>            Plaintiff,<br>    v.<br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br>            Defendant. | Case No. 15-cv-03632-JSW<br><br>**ORDER RE NOTICE OF SETTLEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket No. 15 |

On November 6, 2015, Plaintiff filed a notice of settlement, in which he asks for sixty days to file dispositive documentation. The parties are scheduled to appear on November 13, 2015 for a case management conference, and the joint case management statement would have been due on November 6, 2015.

The Court appreciates the parties' efforts to resolve this matter, and because the Court does not wish to disturb the parties' efforts to resolve the matter, it shall CONTINUE the case management conference from November 13, 2015 to January 15, 2016 at 11:00 a.m. The parties' joint case management statement shall be due on January 8, 2016.

If the parties require additional time to document the settlement and are unable to dismiss this matter by December 31, 2015, they may request a further continuance from the Court.

However, the Court HEREBY ADVISES the parties that a "notice" of any type is not the proper method to request a continuance. Rather, the parties should have filed a stipulation and proposed order requesting a continuance of the case management conference.

//

//

//

1    If Plaintiff could not obtain a stipulation, he should have filed an administrative motion in
2    advance of any impending deadlines.
3    **IT IS SO ORDERED.**
4    Dated: November 9, 2015

_____
JEFFREY S. WHITE
United States District Judge